B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts**

In re _____Brian C. Sheehy_____,  Case No. __11-11233-FJB__
                Debtor                                         Chapter 7

# AMENDED - CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

**Property No. 1**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| GMAC Mortgage | 21 The Other Road<br>Dennisport MA<br>single family<br><br>Zillow valuation |

Property will be *(check one)*:
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☒ Claimed as exempt
- ☐ Not claimed as exempt

---

**Property No. 2**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Jonna Sheehy | 21 The Other Road<br>Dennisport MA<br>single family<br><br>Zillow valuation<br><br>mortgage dated 2/16/11 |

Property will be *(check one)*:
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)                                                                                    Page 2

Property is (check one):
☒ Claimed as exempt            ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Jonna Sheehy | **Describe Property Securing Debt:**<br>21 The Other Road<br>Dennisport MA<br>single family<br><br>Zillow valuation |

Property will be (check one):
☐ Surrendered            ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is (check one):
☒ Claimed as exempt            ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Toyota Financial Services | **Describe Leased Property:**<br>motor vehicle lease for 2011 Toyota<br>expires 12/12 or 1/13 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☒ YES   ☐ NO |

___0___ continuation sheets attached (if any)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: 4/6/11

Brian C. Sheehy
Signature of Debtor