UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Brian C. Sheehy

**Case/AP Number** 11-11233 -FJB
**Chapter** 7

#28   Motion filed by Creditor OPEIU Local 600 for 2004 Examination of Brian Sheehy, Jonna Sheehy, John Horan

**COURT ACTION:**

_____Hearing held

_____Granted      _____Approved      _____Moot

_____Denied      _____Denied without prejudice      _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed.  Granted as to Brian Sheehy only.  The motion is denied without prejudice as to Jonna Sheehy and John Horan for lack of evidence of service on them.

IT IS SO ORDERED:

*Frank J Bailey*

_____  Dated: __06/05/2011__
Frank J. Bailey
United States Bankruptcy Judge